UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERMAN E. BROWN, PRO SE,
_____ PLAINTIFF.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DOMINIC BARONE,
STORE OPERATOR/MANAGER, SAM,
POLICE OFFICER VOLPE,
CITY OF NEW WINDSOR POLICE DEPARTMENT,
_____ DEFENDANTS,

ARE BEING SUED INDIVIDUALLY AND IN THEIR OFFICAL CAPACITY

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

AMENDED COMPLAINT 15·CV·9004 (PAE)
28 USC 1331; 42 USC 1983
AMERICANS WITH DISABILITIES ACT, (ADA).

Jury Trial: ☑ Yes  ☐ No
(check one)

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 17  AM 9:46

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/16

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  MR. SHERMAN E. BROWN, I.D.# 2015·05724
Street Address  ORANGE COUNTY JAIL, 110 WELLS FARM ROAD
County, City  ORANGE COUNTY, GOSHEN
State & Zip Code  NEW YORK, 10924
Telephone Number _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  DOMINIC BARONE
Street Address  5· BUTTONWOOD DRIVE

Rev. 05/2010

County, City ORANGE COUNTY, NEW WINDSOR
State & Zip Code NEW YORK, 12553
Telephone Number (917) 601-1802

Defendant No. 2   Name STORE OPERATOR/MANAGER, SAM
Street Address BUSINESS: 209 QUASSAICK AVENUE, ROUTE 94
County, City ORANGE COUNTY, NEW WINDSOR
State & Zip Code NEW YORK, 12553
Telephone Number (845) 863-0533

Defendant No. 3   Name POLICE OFFICER VOLPE
Street Address BUSINESS: 555 UNION AVENUE
County, City ORANGE COUNTY, NEW WINDSOR
State & Zip Code NEW YORK, 12553
Telephone Number

Defendant No. 4   Name CITY OF NEW WINDSOR POLICE DEPARTMENT
Street Address BUSINESS: 555 UNION AVENUE
County, City ORANGE COUNTY, NEW WINDSOR
State & Zip Code NEW YORK, 12553
Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions    ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1ST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS U.S. CONSTITUTION; 28 USC 1331; 42 USC 1983; THE AMERICANS' WITH DISABILITIES ACT, (ADA).

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NEW WINDSOR, NEW YORK. ORANGE COUNTY. THEREFORE, THE SOUTHERN DISTRICT OF NEW YORK IS CORRECT VENUE.

B. What date and approximate time did the events giving rise to your claim(s) occur? DECEMBER 21ST, 2012, APPROXIMATELY 6:00 P.M., APRIL 16TH, 2013, APPROXIMATELY 3:00 P.M., AND MAY 24TH, 2013, APPROXIMATELY 12:00 P.M.

C. Facts: *What happened to you?* THE PLAINTIFF, SHERMAN E. BROWN, PRO SE, IS A 56 YEAR OLD BLACK MALE, HAS MENTAL AND PHYSICAL IMPAIRMENTS, IS LEGALLY DISABLED WITHIN THE MEANING OF THE AMERICANS WITH DISABILITIES ACT, (ADA), AND SEEKS SUCH RELIEF, DUE TO THE FACT, THAT, PLAINTIFF IS A QUALIFIED INDIVIDUAL.

*Who did what?* THE PLAINTIFF'S HEREIN COMPLAINT, IS FOR "REDRESS" OF VIOLATIONS OF PLAINTIFF'S "FEDERALLY PROTECTED RIGHTS" CAUSED BY THE DEFENDANTS' "ACTS" OR "FAILURE TO ACT", UNDER FEDERAL

*Was anyone else involved?* QUESTION, "COLOR OF STATE LAW," AND THE A.D.A., AS WELL AS, THE 1ST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS TO THE U.S. CONSTITUTION.

*Who else saw what happened?* SEE: ATTACHED CLAIM ONE.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. THE PLAINTIFF SUSTAINED: MENTAL ANGUISH, EMOTIONAL DISTRESS, DEFAMATION OF CHARACTER, PAIN AND SUFFERING, HUMILIATION.

THE PLAINTIFF REQUIRED AND RECIEVED, "EXTENSIVE" PSYCHOLOGICAL THERAPY FROM PLAINTIFF'S PERSONAL THERAPIST AND PSYCHIATRIST. THE PAIN BECAME SO SEVERE, PLAINTIFF WAS BRIEFLY HOSPITALIZED TO DEAL WITH THE INJURIES CAUSED BY THE ACTS OF THE HEREIN DEFENDANTS.

Rev. 05/2010

# CLAIM ONE.

ON OR ABOUT DECEMBER 21ST, 2012, AT APPROXIMATELY 6:00 P.M., AT THE PLAINTIFFS', "THEN HOME AT THE TIME", SQUIRE VILLAGE APARTMENTS, ADDRESS: 9 ON THE GREEN, APT. #1 NEW WINDSOR, NEW YORK. 12553, DEFENDANT DOMINIC BARONE, HEREINAFTER, (DB), A WHITE FEMALE APPROXIMATELY 52 YEARS OF AGE, STOPPED OVER TO VISIT THE PLAINTIFF.

WHEN ARRIVING AT PLAINTIFF'S, "THEN HOME", ON OR ABOUT DECEMBER 21ST, 2012, AT APPROXIMATELY 6:00 P.M., DB, CARRIED ALONG A "GIFT", WHICH DB, TOLD THE PLAINTIFF WAS A "LAMP" FOR PLAINTIFF'S LAP TOP COMPUTER. THE "LAMP" WAS INSTALLED UNDER THE GUIDANCE AND INSTRUCTIONS FROM DB. AND THE PLAINTIFF, "SINCERELY" THANKED DB FOR THE GIFT.

HOWEVER, AS THE MONTHS PASSED, ON OR ABOUT APRIL 16TH, 2013, AT APPROXIMATELY 3:00 P.M., "IN THE NEIGHBORHOOD" OF NEW WINDSOR, N.Y., AND SURROUNDING AREAS, WORD "LEAKED OUT" THAT, DB, WAS "SECRETLY" SPYING ON THE PLAINTIFF. AND AT THIS SAID TIME, PLAINTIFF LEARNED THAT, WHAT, DB, LED PLAINTIFF TO BELIEVE WAS A "LAMP" FOR PLAINTIFF'S LAP TOP COMPUTER, WAS ACTUALLY AND IN REALITY, A "SPY CAM DEVICE", HEREINAFTER (DEVICE). SAID DEVICE, RECORDED "SEXUAL INTIMATE" VIDEOS OF THE PLAINTIFF, WHICH DB, "WITH MALICE" SHARED THROUGHOUT THE NEIGHBORHOOD.

ATTACHED
SEE: CONTINUED
CLAIM ONE

(CONTINUED)
CLAIM
ONE.

HERE, DB, TOOK ADVANTAGE OF PLAINTIFF'S "TRUST", KINDNESS, AND "DISABILITY". AND DISPLAYED A "RECKLESS DISREGARD" FOR PLAINTIFF'S "LIFE AND SECURITY", WHEN, UNLAWFULLY VIDEO TAPPING PLAINTIFF IN THE PLAINTIFF'S HOME. THUS, VIOLATING PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, TO BE SECURE IN ONES HOME, PERSON AND EFFECTS. THEREFORE, THE PLAINTIFF IS "UNDOUBTEDLY" ENTITLED TO RELIEF.

CLAIM
TWO

ALSO, ON OR ABOUT APRIL 16TH, 2013, AT APPROXIMATELY 3:00 P.M., THE PLAINTIFF LEARNED THAT, DB, "ELECTRONICALLY TRANSFERRED" THE "SEXUAL INTIMATE" VIDEO TAPPINGS OF PLAINTIFF, TO, STORE OPERATOR/MANAGER SAM, NOW DEFENDANT STORE OPERATOR/MANAGER SAM, HEREINAFTER SAM OR SAM'S, WHILE DB WAS AT SAID ESTABLISHMENT, LOCATED AT, 209 QUASACCIK AVENUE, ROUTE 94 NEW WINDSOR, N.Y. 12553. SAM, IS INDIAN DESCENT, 35 TO 40 YRS OLD, 6' TO 6'2", 205 TO 225 LBS, SAM, RECEIVED SAID VIDEO TAPPINGS, "WITH KNOWLEDGE", THAT, DB, RECORDED IT VIA THE "SPY CAM DEVICE". AND WITH INTENTION TO "VEHEMENTLY" INFLICT "PAIN", "SUFFERING" AND "HUMILIATION" TO PLAINTIFF, IN THE COMMUNITY OF NEW WINDSOR, N.Y. AND ABROAD.   ATTACHED
SEE: CONTINUED
CLAIM
TWO

CONTINUED
CLAIM
TWO

AND TAKING ADVANTAGE OF PLAINTIFF'S "DISABILITY" AND WITH A "RECKLESS DISREGARD" FOR PLAINTIFF'S "LIFE AND SECURITY," SAM, "POSTED ON THE INTERNET", SAID VIDEO TAPPINGS WITHOUT PLAINTIFF'S KNOWLEDGE OR PERMISSION.

THUS, VIOLATING PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, TO BE SECURE IN ONES PERSON, HOME, EFFECTS AND NOT HAVE CHARACTER DEFFIMATED. THEREFORE, PLAINTIFF IS ENTITLED TO RELIEF.

"CLAIM"
THREE

IN RAISING THE COURTS AWARENESS TO AN "EXTREMELY" RELEVANT FACT. THE PLAINTIFF ASSERTS THAT, SAM'S, IS NOT JUST A GAS STATION AND STORE. RATHER, IT IS THE LOCAL NEW WINDSOR, NEW YORK, NEIGHBORHOOD "HANG OUT SPOT."

AND TELEPHONE RECORDS WILL REVEAL, THAT, SAM, AND THE NEW WINDSOR, NEW YORK, POLICE DEPARTMENT "CONSTANTLY" CONTACT ONEANOTHER FOR "VARIOUS" REASONS, AND AT "VARIOUS HOURS" OF THE DAY AND EVENING.

NEVERTHELESS, ON OR ABOUT MAY 24TH, 2013, APPROXIMATELY 62:00 P.M. THE PLAINTIFF, SUMMOND THE STRENGTH, TO FINALLY FACE SAM CONCERNING THE POSTED INTERNET VIDEO TAPPINGS.

SEE: ATTACHED
CLAIM THREE
CONTINUED

CLAIM THREE
CONTINUED

ON OR ABOUT MAY 24TH, 2013, AT APPROXIMATELY 12:00 P.M., PLAINTIFF ENTERED SAM'S STORE, "RESPECTFULLY CONFRONTED SAM," AND "PROMISED" TO GO TO THE NEW WINDSOR, N.Y. POLICE DEPARTMENT, TO HAVE THE "DEVICE" INSPECTED, AND TO, FILE A CRIMINAL COMPLAINT, AGAINST "ALL" INVOLVED IN THE "DEVICE" MATTER.

IMMEDIATELY FOLLOWING THE CONFRONTATION WITH SAM, ON ABOVE DATE, APPROXIMATE SAID TIME, THE PLAINTIFF, HEADED STRAIGHT TO THE NEW WINDSOR, N.Y. POLICE DEPARTMENT, "FOLLOWING THROUGH" ON THE "PROMISE" JUST MADE TO SAM.

WHAT THE PLAINTIFF WAS "UNAWARE OF" AT THE TIME OF HEADING TO SAID POLICE DEPARTMENT, WAS THAT, SAM, "WILLFULLY" TELEPHONED AHEAD OF PLAINTIFF'S ARRIVAL. AND SPOKE TO "PERSONAL FRIEND," POLICE OFFICER VOLPE, NOW DEFENDANT POLICE OFFICER VOLPE, HEREINAFTER VOLPE., IS, A WHITE MALE, APPROXIMATELY 6', 180 LBS, 34 TO 38 YRS OLD.

THE TWO, SAM AND VOLPE, DURING THEIR "TELEPHONE DISSCUSSION," AND AS "STATE ACTORS," "DELIBERATELY," "INTENTIONALLY" AND "MALICIOUSLY" CONCEIVED A PLAN, MAKING AN "AGREEMENT" THAT, THE PLAINTIFF WOULD NOT BE ALLOWED TO FILE A CRIMINAL COMPLAINT. AND THE "DEVICE" WOULD BE ALTERED, TO GIVE THE FALSE APPEARANCE OF JUST BEING A LAMP, IS WHAT SAM AND VOLPE CONSPIRED.   SEE: ATTACHED
                                                                      CLAIM THREE
                                                                      FURTHER CONT.

CLAIM THREE
FURTHER CONT.

AND WITHIN MINUTES OF SAID DISCUSSION, THE PLAINTIFF, "IN GOOD FAITH" ARRIVED AT THE NEW WINDSOR, N.Y. POLICE DEPARTMENT. ENTERING SAID POLICE DEPARTMENT, THE PLAINTIFF, SPOKE TO POLICE STAFF, AND WAS GREETED BY VOLPE, WHO, ESCORTED THE PLAINTIFF TO A NEAR BY INTERVIEW ROOM.

THE PLAINTIFF, CLEARLY EXPLAINED THE "DEVICE" SITUATION TO VOLPE, "SPECIFICLLY MENTIONING" THE LEARNED ROLES OF DB, AND SAM. AND ASKED VOLPE FOR ASSISTANCE IN FILING A CRIMINAL COMPLAINT IN THE MATTER.

VOLPE EXPRESSED A "DISINTEREST" IN PLAINTIFF'S SITUATION, AS HE, (VOLPE), FAILED TO WRITE DOWN ANY INFORMATION, AND TOOK NO NOTES WHATSOEVER, FROM PLAINTIFF'S INTERVIEW.

VOLPE'S MAIN QUESTION ASKED TO PLAINTIFF, WAS, "DID YOU KNOW IT WAS A "SPY CAM" WHEN DB BROUGHT IT INTO YOUR HOME, END QUOTE.

TO WHICH, PLAINTIFF TRUTHFULLY ANSWERED, "NO SIR", I, (PLAINTIFF), HAD NO KNOWLEDGE THAT THE "DEVICE" WAS A CAMARA.

AT THAT INSTANT, AND "UNDER THE COLOR OF STATE LAW", VOLPE, TOOK THE "DEVICE" FROM THE INTERVIEW ROOM. AND DID NOT RETURN FOR SEVERAL MINUTES.

SEE: ATTACHED CLAIM THREE CONTINUES ON.

"CLAIM THREE CONTINUES ON -"

WHEN HE, (VOLPE), DID RETURN TO THE INTERVIEW ROOM. AND HANDED THE "DEVICE" BACK TO PLAINTIFF. VOLPE TOLD PLAINTIFF, "NO COMPLAINT CAN BE FILED IN THIS MATTER, BECAUSE, THERE IS NO CAMARA IN THAT DEVICE" END QUOTE.

THE PLAINTIFF ASSERTS, THAT, VOLPE, UNDER COLOR OF STATE LAW, "DELIBERATELY" REMOVED THE CAMARA FROM WITHIN THE "DEVICE", AS THE "OVERT ACT" CARRIED OUT FROM THE "PLAN AGREED TO" DURING THE "TELEPHONE DISCUSSION" WITH SAM "AS STATE ACTORS".

AND WAS DONE, (SAID ACT), IN "FURTHERANCE OF THEIR GOAL", CAUSING PHYSICAL "DAMAGE" TO POTENTIAL EVIDENCE. AND "ARBITRARILY" ACTING TO "DAMAGE AND DEPRIVE" THE PLAINTIFF OF PLAINTIFF'S "FEDERALLY PROTECTED" RIGHTS TO FILE A CRIMINAL COMPLAINT IN THIS "SERIOUS" MATTER.

HERE, IT "CANNOT BE DENIED", THAT, VOLPE," UNDER COLOR OF STATE LAW, WAS "DELIBERATELY INDIFFERENT" TO PLAINTIFF'S SERIOUS NEED FOR POLICE ASSISTANCE. THEREFORE, THE PLAINTIFF IS ENTITLED TO RELIEF.

"CLAIM FOUR"

THE NEW WINDSOR, N.Y. POLICE DEPARTMENT, IS "LIABLE" FOR THE CONDUCT, "ACTS OR FAILURE TO ACT," OF ITS EMPLOYEES.

SEE: ATTACHED CLAIM FOUR CONTINUED

## "CLAIM FOUR CONTINUED"

THEIR "PRACTICE" DISPERPORTIONATELY TARGETS BLACKS AT AN "UNFAIR" ALARMING RATE, NOT ONLY IN "STOP AND FRISK" AND "VEHICLE STOP" CASES, BUT ALSO, IN "GENERAL" CRIMINAL SUSPECT INVESTIGATIONS, AS COMPAIRED TO OTHER ETHNICITIES IN THE AREA.

THE NEW WINDSOR, N.Y. POLICE DEPARTMENT, AS STATE ACTORS, ARE KNOW FOR VIEWING, AND TREATING BLACKS AS, "LESS DESIRABLE" "SECOND CLASS" CITIZENS!!, IT'S "RACIAL DISCRIMINATION.", AND,

HERE, THE "PROOF IS IN THE PUDDING." VOLPE, A WHITE MALE, SAM, AN INDIAN DESCENT MALE, DB, A WHITE FEMALE, RECIEVED "MORE PROTECTION" UNDER THE LAW, DESPITE, ALL THREE (3) DEFENDANTS TAKING PART, IN COMMITTING, "CRIMES" AND/OR "MAJOR VIOLATIONS" OF THE FEDERALLY PROTECTED RIGHTS, OF THIS BLACK MALE PLAINTIFF.

SO HERE, VOLPE, FOLLOWED THE PRACTICE OF SAID POLICE DEPARTMENT, WHICH, "DIRECTLY LED/CAUSED" VOLPE'S ACTIONS TO VIOLATE THE PLAINTIFF'S FEDERALLY PROTECTED RIGHTS, THEREFORE, PLAINTIFF IS ENTITLED TO RELIEF.

"END OF CLAIMS"

***** IMPORTANT NOTE OF REMINDER *****

SOMETIME DURING THE MONTH OF JUNE 2015, PRIVATE INVESTIGATOR, MR. DAN, S., WAS PAID $500.00 BY THE PLAINTIFF. SAID INVESTIGATOR "POSSESSED" PLAINTIFF'S PLAINTIFFS "LAP TOP COMPUTOR", APPROXIMATELY (4) MONTHS BEFORE RETURNING SAME TO PLAINTIFF. SAID INVESTIGATOR TOLD PLAINTIFF TO NOT FILE THIS CIVIL RIGHTS COMPLAINT AGAINST HIS FELLOW LAW ENFORCEMENT OFFICER VOLPE!! TO JUST LET IT GO!!

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 1ST REQUEST: GRANT RELIEF FOR PLAINTIFF'S HEREIN CLAIMS. 2ND REQUEST: ARREST DEFENDANTS FOR THE CRIMES COMMITTED AGAINST THE PLAINTIFF, AMERICA CANNOT CONDON SUCH CRIMES OF THIS MAGNITUDE. 3RD REQUEST: DUE TO COMPLEXITY OF CLAIMS, THE PLAINTIFF'S IMMEDIATE NEED FOR APPOINTED COUNSEL IS NOW MADE. 4TH REQUEST: IS TO PLACE A FREEZE ON THE BANK ACCOUNTS AND BUSINESS ACCOUNTS OF ALL DEFENDANTS UNTIL DISPOSITION IS HEREIN REACHED. 5TH REQUEST: IS TO LAY OFF DEFENDANT POLICE OFFICER VOLPE FOR HIS ROLE HEREWITH, A) TAMPERING WITH PHYSICAL EVIDENCE. B) CONSPIRACY, C) RACIAL DISCRIMINATION. D) OBSTRUCTION OF JUSTICE, ETC. AND WERE TALKING UNDER THE COLOR OF STATE LAW. 6TH REQUEST: AWARD COMPENSATION TO THE PLAINTIFF IN THE AMOUNT OF TEN (10) MILLION DOLLARS. THE BASIS OF SUCH COMPENSATION IS ARTICULATED WITHIN THE ACTIONS OF ABOVE DEFENDANTS, ESPECIALLY POLICE OFFICER VOLPE.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4TH day of FEBRUARY, 2016.

Signature of Plaintiff    *Sherman Brown*

Mailing Address    ORANGE COUNTY JAIL
                   110 WELLS FARM ROAD
                   GOSHEN, N.Y. 10924

Telephone Number

Fax Number *(if you have one)*

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 4TH day of FEBRUARY, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    *Sherman Brown*

Inmate Number    2015 - 05724

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 17 AM 9:46

SHERMAN E. BROWN, PRO SE,
PLAINTIFF.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

15 Civ. 9004 (PAE) ( )

- against -

DOMINIC BARONE,
STORE OPERATOR/MANAGER, AKA SAM,
POLICE OFFICER VOLPE
CITY OF NEW WINDSOR POLICE DEPARTMENT.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, SHERMAN E. BROWN, declare under penalty of perjury that I have
served a copy of the attached AMENDED COMPLAINT
*(document you are serving)*

upon THE PRO SE INTAKE UNIT whose address is UNITED STATES
*(name of person served)*
DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, 500 PEARL ST. 2ND FL. N.Y., N.Y. 10007
*(where you served document)*

by HANDING TO ORANGE COUNTY JAIL STAFF TO BE PLACED IN SECURED MAIL BOX.
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: GOSHEN, N.Y.
*(town/city) (state)*

FEBRUARY 4TH, 2016
*(month) (day) (year)*

Signature

Address: ORANGE COUNTY JAIL
110 WELLS FARM ROAD

City, State: GOSHEN, NEW YORK

Zip Code: 10924

Telephone Number

Rev. 05/2010

